NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Appellee*,

*v.*

MICHAEL WOODS, *Appellant*.

No. 1 CA-CR 24-0137

FILED 02-20-2025

Appeal from the Superior Court in Maricopa County
No.  CR2018-002816-001
The Honorable Jo Lynn Gentry, Judge *Retired*

**AFFIRMED**

COUNSEL

Arizona Attorney General's Office, Phoenix
By Alice Jones
*Counsel for Appellee*

Zhivago Law, Phoenix
By Kerrie M. Droban Zhivago
*Counsel for Appellant*

---

**MEMORANDUM DECISION**

Judge David D. Weinzweig delivered the decision of the Court, in which Presiding Judge Brian Y. Furuya and Judge James B. Morse Jr. joined.

---

**W E I N Z W E I G**, Judge:

¶1   Michael Woods appeals his convictions and sentences for ten counts of sexual exploitation of a minor. After searching the record and finding no arguable, non-frivolous question of law, Woods's counsel filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *State v. Leon*, 104 Ariz. 297 (1969), asking this court to search the record for fundamental error. Woods had the chance to file a supplemental brief but did not. After reviewing the record, we affirm Woods's convictions and sentences.

**FACTS AND PROCEDURAL BACKGROUND**

¶2   Undercover agents with the United States Department of Homeland Security infiltrated Zoom rooms where participants watched child pornography together. One agent observed Woods screen-sharing child pornography and masturbating. That agent started a Zoom chat with Woods and Woods offered the agent his phone number. Homeland Security used the phone number to locate Woods and obtained a warrant to search his home. Forensic analysts discovered over 17,000 videos with child pornography saved on Woods's computer and external hard drive. In a recorded interview, Woods confessed to downloading, sharing and masturbating to videos of young boys.

¶3   Woods was arrested and charged with ten counts of sexual exploitation of a minor, a class two felony and dangerous crime against children. *See* A.R.S. § 13-3553. After four years of uncontested continuances, the superior court held a five-day jury trial. The jury found Woods guilty on all charges. Woods was sentenced to ten presumptive consecutive terms of seventeen years' imprisonment on each count.

¶4   Woods timely appealed. We have jurisdiction under Article 6, Section 9 of the Arizona Constitution, and A.R.S. §§ 12-120.21(A)(1), 13-4031, -4033(A)(1).

## DISCUSSION

**¶5**      We have read and considered counsel's brief and have reviewed the record for reversible error. *See Leon*, 104 Ariz. at 300. We find none.

**¶6**      Woods was present at all critical stages of the proceeding, except for three days of trial when his presence was waived. He was represented by counsel at all critical stages, too. The record reflects that the superior court afforded Woods all his constitutional and statutory rights and the proceedings were conducted in accordance with the Arizona Rules of Criminal Procedure. The court held appropriate pretrial hearings, and the evidence presented at trial and summarized above was sufficient to support the jury's verdicts. Woods's sentence is also within the range prescribed by law. We find no error on this record.

## CONCLUSION

**¶7**      We affirm Woods's convictions and sentences. Counsel's obligations in this appeal will end once Woods is informed of the outcome and his future options, unless counsel detects an issue appropriate for the Arizona Supreme Court's review. *See State v. Shattuck*, 140 Ariz. 582, 584–85 (1984). On the court's own motion, Woods has 30 days from the date of this decision to proceed with a pro se motion for reconsideration or petition for review.



MATTHEW J. MARTIN • Clerk of the Court
**FILED**:    JR